No. 75–400. DI NOVO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–419. BRAHANEY DRILLING CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 75–433. KENDRICK ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–456. SIOUX NATION OF INDIANS ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–475. SAC AND FOX TRIBE OF INDIANS OF OKLAHOMA ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–530. BROWN *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th & 10th Jud. Dists. Certiorari denied.

No 75–533. SCHUMACKER ET AL. *v.* PEIRCE JUNIOR COLLEGE. Pa. Commw. Ct. Certiorari denied.

No. 75–534. CHURCH *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 75–544. PAXTON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 75–548. POSNER *v.* BAR ASSOCIATION OF BALTIMORE CITY. Ct. App. Md. Certiorari denied.

No. 75–549. KOTAKIS *v.* ELGIN, JOLIET & EASTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied.